## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| THEODORE ALFRED ARCIDI,<br>Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA<br>C/O Office of the Attorney General<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br><br>and<br><br>FEDERAL BUREAU OF INVESTIGATION<br>J. Edgar Hoover Building<br>935 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20535<br><br>and<br><br>MERRICK GARLAND, in his official<br>Capacity as Attorney General<br>Office of the Attorney General<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br><br>Defendants | Case 1:22-cv-00053-SE |

### AFFIDAVIT OF SERVICE

I, Kurt S. Olson, being duly sworn, depose and say:

1. I am not a party to this action, I am over 18 years of age, and I am a partner in Olson & Olson, P.A., and I reside in Salisbury, Merrimack County, New Hampshire.

2. On March 2nd I served true copies of the complaint, exhibits, notice of electronic filing, and civil action cover sheet on the following by certified mail:

Civil Process Clerk
Office of the U.S. Attorney for the
District of New Hampshire
55 Pleasant St., #352
Concord, NH 03301

United States Department of Justice
Attn: The Honorable Merrick Garland
U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Attorney General Merrick Garland
United States Department of Justice
10th and Constitution, N.W.
Washington, D.C. 20530-0001

Merrick Garland, in his Official
Capacity of U.S. Attorney General
United States Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001

Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, N.W.
Washington, D.C. 20535

3. I have attached true copies of four (4) certified mail return receipts as Exhibit A to this affidavit.

4. I have attached a true copy of the U.S. Postal Service Electronic Tracking Receipt with respect to service on the Federal Bureau of Investigation as Exhibit B to this affidavit. No certified mail return receipt as to this defendant has been received as of today's date.

Dated: 3/26/2022                                /s/ Kurt S. Olson
                                                Kurt S. Olson
                                                Olson & Olson, P.A.
                                                31 Franklin Rd.
                                                Salisbury, NH 03268
                                                603-748-1960
                                                kolson@mslaw.edu

## Certificate of Service

I hereby certify that on March 26, 2022 I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of New Hampshire by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Kurt S. Olson
Kurt S. Olson