# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

THEODORE ALFRED ARCIDI,

                    Plaintiff

            v.

UNITED STATES OF AMERICA
C/O Office of the Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

    and

Docket No.: 1:22-CV-00053-SE

FEDERAL BUREAU OF INVESTIGATION
J. Edgar Hoover Building
935 Pennsylvania Avenue, N.W.
Washington, D.C. 20535

    and

MERRICK GARLAND, in his official
Capacity as Attorney General
Office of the Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001,

Defendants

## **ASSENTED-TO MOTION FOR STAY**

      Plaintiff, Theodore A. Arcidi, by undersigned counsel, respectfully moves the court to stay the proceedings in this case for 120 days while plaintiff and defendants cooperate in attempting to clarify issues remaining to be resolved in state court in Massachusetts.

  1. As grounds for this motion, counsel for plaintiff and defendants have concluded that the Waltham District Court could rule on disputed issues which could potentially resolve the matter pending in this Court.

1

2. Counsel for defendant has assented to this motion, no party will be prejudiced by granting it, and judicial economy will be served by staying the case for four months.

3. Because this motion is procedural in nature, no supporting memorandum is required.

4. Granting this motion will not result in the continuance of any trial, hearing, or conference

WHEREFORE, plaintiff requests that this Court stay the matter for 120 days to allow plaintiff to obtain a ruling from state court in Massachusetts.

Dated: June 7, 2022

Respectfully submitted,

Theodore Alfred Arcidi
By his Attorneys,
Olson & Olson, P.A.

/s/ Kurt S. Olson
Kurt S. Olson, NH Bar ID #:12518
Olson & Olson, P.A.
31 Franklin Rd.
Salisbury, NH 03268
603-748-1960
kolson@mslaw.edu

CERTIFICATE OF SERVICE

I, Kurt S. Olson, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/* Kurt S. Olson
Kurt S. Olson